**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**ANTONIO GALEANA FLORES,**

    **Plaintiff,**        **CV F 05 1074 AWI WMW P**

    **vs.**        **ORDER RE MOTION (DOC 8)**

**CORRECTIONAL CORP. OF AMERICA, et al.,**

    **Defendants.**

    **Plaintiff is a federal prisoner proceeding pro se in a civil rights action against correctional officials at the Community Correctional Center at California City.**

    **Plaintiff has filed a motion titled as a motion for change of venue. In his motion, Plaintiff requests the court to construe this action as an application for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Plaintiff is advised that if he seeks habeas relief, he should file a separate petition for writ of habeas corpus.**

    **Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for change of venue is denied.**

IT IS SO ORDERED.

1

1  **Dated:   July 27, 2007**              /s/  **William M. Wunderlich**
                                    UNITED STATES MAGISTRATE JUDGE